UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **MARION OLIVIERI,** | **STIPULATION OF DISMISSAL** |
| Plaintiff, | Case No. 18-CV-01026-CCR |
| - vs - | |
| **D'YOUVILLE COLLEGE,** | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their counsel, that the above-captioned action against Defendant be dismissed in its entirety, with prejudice, and with each party to pay their own costs and attorneys' fees, and waiving all rights of appeal.


/s/ Lindy Korn

_____
Lindy Korn, Esq.
*Attorneys for Plaintiff Marion Olivieri*
Law Office of Lindy Korn, PLLC
Electric Tower
535 Washington Street, Ninth Floor
Buffalo, NY 14203
Tele: (716) 856-5676
lkorn@lkorn-law.com

Dated: January 13, 2021

/s/ James J. Rooney

_____
James J. Rooney, Esq.
*Attorneys for Defendant D'Youville College*
Bond, Schoeneck & King, PLLC
200 Delaware Avenue, Suite 900
Buffalo, New York  14202
Tele:  (716) 416-7048
E-mail: jrooney@bsk.com

Dated:  January 13, 2021