UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Marion Olivieri

                        Plaintiff(s),

***MEDIATION CERTIFICATION***

      __18__ - cv - __1026__

              v.

D'Youville College

                        Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on __10/15/20__.

☑ ***Case has settled.*** (Comment if necessary).

☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

☐ ***Case has not settled.*** Mediation will continue on _____.

☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** 03/16/2021          ***Mediator:*** /S/ Krista Gottlieb

***Additional Comments:***
The matter settled after numerous in person and Zoom sessions, in various permutations and lots of phone calls and phone conferences